# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DE'QUAN HUTCHINSON

NO. 2024 KW 0246

**JUNE 3, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-00896.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court abused its discretion in failing to select a trial date with the input of the parties. See **State v. Chinn,** 2011-2043 (La. 2/10/12), 92 So.3d 324, 328 n.7. Accordingly, the ruling setting this case for trial on July 8, 2024 is reversed and the matter is remanded for the district court to select a trial date with the input of the parties.

                    **JEW**
                    **EW**
                    **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT